IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD J. HUBERT, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BASS PRO OUTDOOR WORLD, LLC., BPS DIRECT, LLC. and EASEPAL ENTERPRISES, LTD | ) CASE NO. 15-47-SCW |
| Defendant(s), | ) |
| BPS DIRECT, LLC. and BASS PRO OUTDOOR WORLD, LLC., | ) |
| Cross Claimant | ) |
| vs. | ) |
| EASEPAL ENTERPRISES, LTD. | ) |
| Cross Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

A Stipulation of Dismissal has been filed (Doc. 90) and an Order dismissing this action with prejudice has been entered by Magistrate Judge Stephen C. Williams (Doc.912). Pursuant to Rule 41(a)(2) this case is DISMISSED with prejudice.

**DATED** this 8th day of August, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
**Deputy Clerk**

Approved by  */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**